UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Walter Young,

Petitioner,

v.

Ned G. Wohlman, and Brenda Mort,

Respondents.

Civ. No. 21-1320 (PJS/BRT)

**ORDER ON REPORT AND RECOMMENDATION**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated June 22, 2021. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The petition for a writ of habeas corpus of petitioner Walter Young (**Doc. No. 1**) is **DENIED WITHOUT PREUJUDICE**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 23, 2021

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge